## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 1:18-cv-00792-LAP                                                                                 Purchased/Filed: January 30, 2018

STATE OF NEW YORK        UNITED STATES DISTRICT COURT                      SOUTHERN DISTRICT

R R A Management, LLC                                                     Plaintiff

against

Marvin Jemal, et al.                                                      Defendant

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

_____ James Perone _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___ February 1, 2018 ___, at ___ 11:45am ___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action with Rule 7.1 Disclosure and Complaint with Civil Cover Sheet on ___ Underground Group LLC s/h/a The Underground Group, LLC ___, the Defendant in this action, by delivering to and leaving with ___ Sue Zouky ___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___ 2 ___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___ 40 ___ dollars; That said service was made pursuant to Section ___ 303 Limited Liability Company Law ___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: ___ 55 ___   Approx. Wt: ___ 125lbs ___   Approx. Ht: ___ 5'1 ___
Color of skin: ___ White ___   Hair color: ___ Red/Blonde ___   Sex: ___ Female ___   Other: ___

Sworn to before me on this

___ 1st ___ day of ___ February, 2018 ___

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018

James Perone
Attny's File No.
Invoice•Work Order # SP1801374

SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179