UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RRA MANAGEMENT, LLC,

        Plaintiff(s),　　　　　　　　　　　Case No. 18CV00792

  -against-　　　　　　　　　　　　　　　　AFFIDAVIT OF SERVICE

MARVIN JEMAL, et al,

        Defendant(s).
-----------------------------------------------------------X
RELATED CROSS AND COUNTERCLAIMS.
-----------------------------------------------------------X
STATE OF NEW YORK　)
　　　　　　　　　　　　S.S.:
COUNTY OF NEW YORK)

        DOMINIC DELLAPORTE, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 6th day of April, 2018, at approximately 9:01 AM, deponent served a true copy of the Summons in a Civil Action and Answer, Counterclaims, and Cross-Claims upon Useful Enterprises, LLC c/o United States Corporation at 7014 13th Avenue, Suite 202, Brooklyn, New York, by personally delivering and leaving the same with Lisa Knight, Administrative Assistant, who informed deponent that she is an agent authorized by appointment to receive service at that address.

        Lisa Knight is a black female, approximately 60 years of age, stands approximately 5 feet 4 inches tall, weighs approximately 140 pounds with brown and gray hair and glasses.

_____
DOMINIC DELLAPORTE #1320496

Sworn to before me this
9th day of April, 2018

_____
NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2018

Metro Attorney Service Inc. 305 Broadway 9th Floor New York, New York 10007 212.822.1421 NYC DCA#1320502